1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William Dittrich, | ) | No.  CIV 10-0618-PHX-DKD |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| Sentinel Financial, L.L.C., et al., | ) ) | |
| Defendants. | ) ) ) | |

Upon stipulation of the parties (Doc. 19), and good cause appearing therefore,

**IT IS ORDERED** dismissing the above captioned matter with prejudice as to all claims between the parties arising out of the events and underlying facts set forth in the complaints filed by Plaintiff.

DATED this 16th day of December, 2010.

David K. Duncan
United States Magistrate Judge